MARTIN M. WOHL et al., Copartners under the Firm Name of WOHL BROTHERS, Appellants, *v.* SOL SCHILDKRAUT et al., Respondents.

(Argued September 29, 1930; decided October 7, 1930.)

*W. J. Mack* for motion.
*Sydney Rosenthal* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.